IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:13MJ181 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PASCUAL MANCINAS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Review Order of Detention (#34). The defendant, through new counsel, moves the court for an order of release to a third-party custodian and/or electronic monitoring. The motion is denied without hearing.

A review of the record shows the defendant was detained (Order of Detention, #16) on June 10, 2013, that he filed an objection to the Magistrate Judge's Order of Detention (#20) on June 13, 2013, and that on July 10, 2013 a Memorandum and Order (#28) was entered by Chief Judge Smith Camp overruling the objection and appeal of the magistrate judge's detention order.

A review of the docket in this case, including the June 7, 2013 Pretrial Services report (#8), the Detention Order, and Judge Smith Camp's Memorandum and Order, shows the defendant remains both a flight risk and a danger and, based upon the possible penalties, that he has failed to overcome the presumption of detention under 18 U.S.C. § 3142(e)(3)(A).

**IT IS ORDERED** that defendant's Motion to Review Order of Detention (#34) is denied without hearing.

Dated this 12th day of August 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge